# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN ORDONEZ,<br><br>            Defendant.<br>_____ / | CASE NO. 1:10-cv-01921-LJO-SKO<br><br>**ORDER FOR ADDITIONAL STATEMENT**<br><br>(Docket No. 11) |

On October 13, 2010, the United States of America ("Plaintiff") filed a complaint asserting that John Ordonez ("Defendant") executed a promissory note for student loans, which Defendant has failed to repay. Plaintiff asserts that Defendant owes it unpaid principal, accrued interest, and late charges.

In support of its complaint, Plaintiff filed the declaration of loan analyst Rosie Estrada indicating that Defendant executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. (Doc. 1, Exh. B, p. 18.) The loan was disbursed on July 20, 2001, in the amounts of $100,906.90 and $88,188.37, at 6.50% percent interest per annum. (*Id.*) Plaintiff demanded payment according to the terms of the note, but Defendant defaulted on his obligations on February 11, 2002. (*Id.*) Ms. Estrada asserts that interest on the principal balance accrues at the

1  rate of $33.65 per day.  Thus, as of June 19, 2009, Defendant owed Plaintiff the principal amount
2  of $189,095.27 and $92,149.92 in interest charges for a total of $281,245.19.  (*Id.*)
3         In its motion for default judgment, Plaintiff asserts that Defendant owes $302,080.09 in
4  unpaid principal and interest.  To ensure that any judgment issued in this case is accurate, the Court
5  ORDERS Plaintiff to file, **within 10 days from the date of this order**, an additional statement that
6  clearly shows how the interest accrued has been compounded and calculated such that the total
7  balance has increased from $281,245.19 as of June 9, 2009, to $302,080.09.  *See* Fed. R. Civ. P.
8  55(b)(2)(B).

10 IT IS SO ORDERED.
11 **Dated:     April 20, 2011**                              **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE